INTERPRETACIÓN DE CÁNONES DE ÉTICA JUDICIAL.

*Número:* ————     *Resuelto:* 10 de marzo de 1988

## RESOLUCIÓN

POR CUANTO: El 6 de diciembre de 1974 este Tribunal adoptó una resolución, la cual fue publicada en *Interpreta-*

*ción de Cánones de Ética Judicial*, 102 D.P.R. 1031 (1974), referente a la participación de los jueces o magistrados en las primarias que celebren los partidos políticos.

POR CUANTO: El Tribunal entiende oportuno y conveniente ratificar y difundir dicha determinación y sus fundamentos.

POR TANTO: Este Tribunal ratifica dicha resolución, la cual dispone:

POR CUANTO, este Tribunal es el árbitro supremo en la aplicación e interpretación de los Cánones de Ética Judicial, y

POR CUANTO, el [C]anon XVIII dispone, en parte:

" . . . El Juez debe estar y sentirse exento de toda parcialidad política y no debe dar base con su conducta a la creencia de que sus ideas políticas ejercen sobre él alguna influencia en el cumplimiento de sus funciones judiciales, ni que su criterio está subordinado a los intereses de alguna organización o partido político. A ese fin, y sin que la siguiente enumeración excluya otras actividades que por su carácter le estén vedadas, el Juez no deberá fomentar los intereses de organismo o partido político alguno, ni participar en asambleas, convenciones u otr[o]s actos de carácter político, ni endosar candidatos . . .", y

POR CUANTO, a distinción de una elección o refer[é]ndum general, en que puede ejercerse el derecho al sufragio sin que se identifique públicamente el votante con agrupación política alguna, la votación en unas primarias señala al participante como partidario del partido que las auspicie;

POR TANTO, *Resuélvese por el Tribunal Supremo de Puerto Rico:*

1. La participación en primarias por un juez constituye una violación del [C]anon XVIII de los Cánones de Ética Judicial, sujeta a sanción disciplinaria.

2. Toda persona que ostenta el título de juez o magistrado o a quien por otra razón le apliquen los Cánones de Ética Judicial cumplirá estrictamente con los términos de esta Resolución.

Publíquese.

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Bruno Cortés Trigo
*Secretario General*